# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
 § 
PRINCIPE, JOSEPH § Case No. 10-06600
 § 
 Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

      Kenneth Gardner
      U.S. Bankruptcy Court Clerk
      219 South Dearborn Street- 7th Floor
      Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/19/2011 in Courtroom 613,

      United States Courthouse
      219 South Dearborn Street
      Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: <u>Kenneth S. Gardner</u>
                    Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PRINCIPE, JOSEPH § Case No. 10-06600
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 13,000.53 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 13,000.53 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 2,050.05 | $ 0.00 | $ 2,050.05 |
| Trustee Expenses: Phillip D. Levey | $ 38.78 | $ 0.00 | $ 38.78 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 3,942.50 | $ 0.00 | $ 3,942.50 |
| Other: Robert Burress | $ 300.00 | $ 0.00 | $ 300.00 |

Total to be paid for chapter 7 administrative expenses    $    6,331.33
Remaining Balance    $    6,669.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,708.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 48.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for Citibank (South Dakota) N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | $ 7,700.86 | $ 0.00 | $ 3,746.52 |
| 000002 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 5,758.42 | $ 0.00 | $ 2,801.51 |
| 000003 | Nicor Gas PO Box 549 Aurora IL 60507 | $ 249.05 | $ 0.00 | $ 121.17 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,669.20 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 9,235.40 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Citicorp Trust Bank<br>P.O. Box 140489<br>Irving, TX 75014-0489 | $ 9,235.40 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors  $ 0.00

Remaining Balance  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: corrinal              Page 1 of 1                  Date Rcvd: Dec 22, 2010
Case: 10-06600                Form ID: pdf006             Total Noticed: 17

The following entities were noticed by first class mail on Dec 24, 2010.
db           +Joseph Principe,    472 Smoketree Lane,    Bartlett, IL 60103-1590
aty          +Adam Lysinski,    Lysinski & Associates PC,    4418 N. Milwaukee Ave.,    Chicago, IL 60630-3710
tr           +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
15127818     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
15127820     +Carmaxfin,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5897
15127821     +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
15737213      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15127823     +Citi,    P.O. Box 183041,    Columbus, OH 43218-3041
16301927      Citicorp Trust Bank,    P.O. Box 140489,    Irving, TX 75014-0489
15127824     +Citifinanc,    4500 New Linden Hill Rd,    Wilmington, DE 19808-2922
15127826     +Sears Credit Cards,    P. O. Box 183082,    Columbus, OH 43218-3082
15127827     +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
15127828     +Wffnatbank,    Po. Box 94498,    Las Vegas, NV 89193-4498
15127829     +Wffnatlbnk,    Po Box 94498,    Las Vegas, NV 89193-4498

The following entities were noticed by electronic transmission on Dec 22, 2010.
15725374      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 23 2010 03:10:15
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
15981731     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,   PO Box 549,
               Aurora IL 60507-0549
15127825     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,   1844 Ferry Road,
               Naperville, IL 60563-9600
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
15127819*    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
15127822*    +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 24, 2010**          **Signature:** *Joseph Speetjens*