UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
 §
PRINCIPE, JOSEPH § Case No. 10-06600
 §
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Phillip D. Levey_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Carmaxfin 225 Chastain Meadows Court Kennesaw, GA 30144 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| BURESS, ROBERT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15153 Wilmington, DE 19886 | | | | | |
| | Chase P.O. Box 15153 Wilmington, DE 19886 | | | | | |
| | Citifinanc 4500 New Linden Hill Rd Wilmington, DE 19808 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Wffnatbank Po. Box 94498 Las Vegas, NV 89193 | | | | | |
| | Wffnatlbnk Po Box 94498 Las Vegas, NV 89193 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | NICOR GAS | | | | | |
| 000004 | CITICORP TRUST BANK | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-06600 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | PRINCIPE, JOSEPH | | | Date Filed (f) or Converted (c): | 02/19/10 (f) |
| | | | | 341(a) Meeting Date: | 04/02/10 |
| For Period Ending: | 12/20/10 | | | Claims Bar Date: | 09/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 472 SMOKETREE LANE, BARTLETT, ILLINOIS 60103 | 175,000.00 | 0.00 | | 13,000.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. CASH | 40.00 | 40.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. TCF BANK - SAVINGS ACCOUNT 2875629915 | 130.00 | 130.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. TCF BANK - CHECKING ACCOUNT 4876147248 | 11.45 | 11.45 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. FURNITURE | 450.00 | 450.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. BOOKS | 20.00 | 20.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. CLOTHING | 100.00 | 100.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. 2004 NISSAN QUEST | 6,250.00 | 6,250.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. 2000 NISSAN MAXIMA SE | 1,900.00 | 1,900.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.53 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $183,901.45         $8,901.45         $13,000.53         $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

Ver: 16.01a

UST Form 101-7-TDR (10/1/2010)  *(Page: 7)*

Case 10-06600   Doc 37   Filed 07/18/11   Entered 07/18/11 10:31:21   Desc Main
Document   Page 8 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 10-06600 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | Phillip D. Levey |
| Case Name: | PRINCIPE, JOSEPH | | Date Filed (f) or Converted (c): | 02/19/10 (f) |
| | | | 341(a) Meeting Date: | 04/02/10 |
| | | | Claims Bar Date: | 09/07/10 |

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-06600 -ABG | Trustee Name: | Phillip D. Levey |
| Case Name: | PRINCIPE, JOSEPH | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5672 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3980 | | |
| For Period Ending: | 07/18/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/07/10 | 1 | Tito Principe | Sale of Real Estate | 1110-000 | 13,000.00 | | 13,000.00 |
| 10/29/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 13,000.21 |
| 11/30/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.32 | | 13,000.53 |
| 12/31/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,000.86 |
| 01/23/11 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.21 | | 13,001.07 |
| 01/23/11 | | Transfer to Acct #*******5753 | Final Posting Transfer | 9999-000 | | 13,001.07 | 0.00 |

|   |   |
|---|---|
| COLUMN TOTALS | 13,001.07   13,001.07   0.00 |
| Less: Bank Transfers/CD's | 0.00   13,001.07 |
| Subtotal | 13,001.07   0.00 |
| Less: Payments to Debtors | 0.00 |
| Net | 13,001.07   0.00 |

Page Subtotals  13,001.07  13,001.07

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-06600 -ABG | Trustee Name: | Phillip D. Levey |
| Case Name: | PRINCIPE, JOSEPH | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5753 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3980 | | |
| For Period Ending: | 07/18/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/23/11 | | Transfer from Acct #*******5672 | Transfer In From MMA Account | 9999-000 | 13,001.07 | | 13,001.07 |
| 01/30/11 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 2,050.11 | 10,950.96 |
| 01/30/11 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 38.78 | 10,912.18 |
| 01/30/11 | 000103 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,942.50 | 6,969.68 |
| 01/30/11 | 000104 | Robert Burress<br>Parade of Homes, Inc.<br>848 West Bartlett Road<br>Bartlett, IL 60103 | Realtor for Trustee Fees (Real Esta | 3510-000 | | 300.00 | 6,669.68 |
| 01/30/11 | 000105 | American Infosource Lp As Agent for<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000001, Payment 48.65418% | 7100-000 | | 3,746.79 | 2,922.89 |
| 01/30/11 | 000106 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 48.65414% | 7100-000 | | 2,801.71 | 121.18 |
| 01/30/11 | 000107 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | Claim 000003, Payment 48.65690% | 7100-000 | | 121.18 | 0.00 |

Page Subtotals  13,001.07  13,001.07

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-06600 -ABG | Trustee Name: | Phillip D. Levey |
| Case Name: | PRINCIPE, JOSEPH | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5753  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3980 | | |
| For Period Ending: | 07/18/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 13,001.07 | 13,001.07 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 13,001.07 | 0.00 | |
| | | | Subtotal | | 0.00 | 13,001.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 13,001.07 | |

Page Subtotals    0.00    0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-06600 -ABG | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | PRINCIPE, JOSEPH | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5766 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3980 | | |
| For Period Ending: | 07/18/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********5672 | 13,001.07 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********5753 | 0.00 | 13,001.07 | 0.00 |
| Checking Account (Non-Interest Earn - ********5766 | 0.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 13,001.07 | 13,001.07 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*